UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO G. ROBLES,<br><br>        Plaintiff,<br><br>    v.<br><br>STEVEN JOHNSON, *et al.*,<br><br>        Defendants. | Case No. 1:22-cv-00620-ADA-CDB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO STATE A CLAIM, COMPLY WITH A COURT ORDER, AND FAILURE TO PROSECUTE<br><br>(Doc. 7)<br><br>**FOURTEEN (14) DAY DEADLINE** |

Plaintiff Antonio G. Robles is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil action filed under 42 U.S.C. § 1983. On April 26, 2023, the Court issued a screening order finding that Plaintiff's complaint fails to state a cognizable Eighth Amendment claim or state law claims for medical malpractice and/or negligence. (Doc. 7.) The Court directed Plaintiff, within twenty-one days, to "(1) file a first amended complaint, (2) file a notice indicating that he wishes to stand on his complaint subject to the undersigned recommending the district court dismiss . . . the complaint for the reasons stated above in this order; or (3) file a notice to voluntary dismiss this action pursuant to Rule 41(a)(1). (*Id.* at 9.) The Court warned Plaintiff in clear and easily understood terms: "Plaintiff is forewarned that failure to comply with this order may result in an order of dismissal or a recommendation that the petition be dismissed pursuant to Local Rule 110." (*Id.*) Despite this admonishment, Plaintiff has failed to respond to the order.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE in writing, **within fourteen (14) days** from the date of service of this Order, why this action should not be dismissed for failure to state a claim, failure to comply with a court order, and failure to prosecute. Alternatively, within the same time frame, Plaintiff may file a first amended complaint curing the deficiencies identified in the Court's screening order (Doc. 7) or file a notice of voluntary dismissal of this case.

**<u>Failure to comply with this Order will result in a recommendation for the dismissal of this case, without further notice, for failure to state a claim, failure to comply with a court order, and failure to prosecute.</u>**

IT IS SO ORDERED.

Dated:   **May 31, 2023**

UNITED STATES MAGISTRATE JUDGE

2