UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO G. ROBLES,<br><br>        Plaintiff,<br><br>   v.<br><br>STEVEN JOHNSON, et al.,<br><br>        Defendants. | Case No.: 1:22-cv-00620-KES-CDB<br><br>**ORDER VACATING FINDINGS AND RECOMMENDATIONS TO DISMISS FOR FAILURE TO OBEY AND FAILURE TO PROSECUTE**<br><br>(Doc. 16)<br><br>**ORDER DIRECTING CLERK OF THE COURT TO UPDATE PLAINTIFF'S ADDRESS AND SERVE CERTAIN DOCUMENTS** |

Plaintiff Antonio G. Robles is appearing pro se and *in forma pauperis* in this civil rights action.

**I.    BACKGROUND**

On September 18, 2025, the Court issued its Second Screening Order. (Doc. 15.) Plaintiff was directed to file a second amended complaint, or a notice of voluntary dismissal, within 21 days. (*Id*. at 9.)

On October 17, 2025, when Plaintiff failed to file either an amended complaint or a notice of voluntary dismissal, the undersigned issued Findings and Recommendations to Dismiss Action for Plaintiff's Failure to Obey Court Orders and Failure to Prosecute. (Doc. 16). Plaintiff was directed to file any objections within 14 days. (*Id*. at 4.)

1   On October 29, 2025, Plaintiff filed a second amended complaint. (Doc. 17.)

**II.     DISCUSSION**

The Court notes that at the top right-hand corner of the second amended complaint, Plaintiff states he was transferred to Salinas Valley State Prison on September 13, 2025. (*See* Doc. 17 at 1.) He asserts he received the Second Screening Order on October 15, 2025, and indicates he "will send the legal mail log soon to prove it." (*Id.*)

Because Plaintiff has complied with the September 18 screening order by submitting a second amended complaint, the Findings and Recommendations issued October 17 will be vacated.  Further, the Clerk of the Court will be directed to update Plaintiff's address of record and to issue prisoner new case documents, including a First Informational Order in Prisoner/Civil Detainee Civil Rights Case.

The Court will screen Plaintiff's second amended complaint in due course. Further, Plaintiff is admonished that it is his obligation to notify the court of any change of address. *See* Local Rule 182(f) ("Each appearing … pro se party is under a continuing duty to notify the Clerk and all other parties of any change of address …"). Additionally, a change of address must be filed within 30 days of any relocation to avoid dismissal of the action for a failure to prosecute. *See* Local Rule 183(b).

**III.    CONCLUSION AND ORDER**

Accordingly, the Court **HEREBY ORDERS**:

1. The Findings and Recommendations issued October 17, 2025 (Doc. 16) are **VACATED**; and

2. The Clerk of the Court is **DIRECTED** to (1) update Plaintiff's address of record to reflect Plaintiff is currently incarcerated at Salinas Valley State Prison; and (2) serve Plaintiff with prisoner new case documents, including a First Informational Order in Prisoner/Civil Detainee Civil Rights Case

IT IS SO ORDERED.

Dated:   **October 30, 2025**

UNITED STATES MAGISTRATE JUDGE

2