UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO G. ROBLES,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>STEVEN JOHNSON, et al.,<br><br>　　　　　Defendants. | Case No.: 1:22-cv-00620-KES-CDB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED<br><br>Doc. 20 |

　　　Plaintiff Antonio G. Robles is appearing pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　On November 10, 2025, the assigned magistrate judge screened plaintiff's second amended complaint and issued findings and recommendations that the action be dismissed, without leave to amend, for plaintiff's failure to state a claim upon which relief could be granted. Doc. 20. The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen days after service. *Id*. at 8–9. Plaintiff did not file any objections, and the deadline to do so has passed.

　　　In accordance with 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of this case. Having carefully reviewed the file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on November 10, 2025 (Doc. 20) are adopted in full;
2. This action is dismissed, without leave to amend, based on plaintiff's failure to state a claim upon which relief can be granted; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   December 28, 2025

UNITED STATES DISTRICT JUDGE

2